456 A.2d 1097

Commonwealth v. Holmes, Appellant.

Submitted May 25, 1982. Manuel Grife, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.

456 A.2d 1097

Commonwealth v. Jacobs, Appellant.

Submitted February 16, 1982. Jonathan DeYoung, for appellant; John T. Salvucci, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., JOHNSON and MONTGOMERY, JJ.

The order of the lower court is affirmed.